# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXON AMERICA INC, <br><br> Plaintiff <br><br> v. <br><br> UNILOC 2017 LLC, UNILOC USA, INC., AND UNILOC LUXEMBOURG, S.A, <br><br> Defendants. | C.A. No. 19-cv-1096-RGA <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS

Defendants Uniloc 2017, LLC, Uniloc USA, Inc., and Uniloc Luxembourg, SA move to dismiss Plaintiff Nexon America Inc.'s declaratory judgment complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and under the first-to-file rule.

The grounds for the Motion are set forth in the opening brief filed herewith.

Dated: September 20, 2019

Of Counsel:

James L. Etheridge
Ryan S. Loveless
Brett A. Mangrum
Travis L. Richins
Etheridge Law Group
2600 East Southlake Blvd, Suite 120-324
Southlake, TX  76092
jim@etheridgelaw.com
ryan@etheridgelaw.com
brett@etheridgeLaw.com
travis@etheridgelaw.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Uniloc 2017, LLC, Uniloc USA, Inc., and Uniloc Luxembourg, SA*