IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXON AMERICA INC, <br><br> Plaintiff, <br><br> v. <br><br> UNILOC 2017 LLC, UNILOC USA, INC., AND UNILOC LUXEMBOURG, S.A, <br><br> Defendants. <br><br> UNILOC 2017 LLC, <br><br> Counterclaim-plaintiff, <br><br> v. <br><br> NEXON CO., LTD., NEXON KOREAN CORPORATION, and NEXON AMERICA, INC., <br><br> Counterclaim-defendants. | C.A. No. 19-cv-1096-CFC |

## STIPULATION AND [PROPOSED] ORDER
## TO STAY PENDING APPEALS

THE PARTIES STIPULATE to stay this action, pending appeal of this Court's decision finding that Uniloc USA, Inc. and Uniloc Luxembourg S.A. lack standing in *Uniloc USA, Inc. et al. v. Motorola Mobility LLC* (Case No. 17-1658); the Northern District of California's decision finding that Uniloc USA, Inc. and

Uniloc Luxembourg S.A. lack standing in *Uniloc USA, Inc. et al v. Apple Inc.* (Case No. 18-358); and the Northern District of California's decision finding that Uniloc 2017 lacks standing in *Uniloc 2017 LLC v. Google LLC* (Case No. 20-4355 and various related cases),

The actions cited above were dismissed based on the courts' holding that a third party had the ability to sublicense the patents in the Uniloc portfolio as of the dates those actions were filed; that that ability deprived the Uniloc plaintiffs of constitutional standing to file the actions; and that the court therefore did not have subject matter jurisdiction. The Uniloc plaintiffs are appealing those decisions.

Those decisions appear to create issue preclusion as to various factual and legal issues in this action. According to those decisions, this Court appears to lack subject matter jurisdiction over this action. The parties therefore believe the Federal Circuit appeals of those decisions will materially affect the outcome of this action.

The parties therefore STIPULATE, with the consent of the Court, to stay this action pending resolution of Uniloc's appeals to the United States Court of Appeals for the Federal Circuit from the above decisions. Within seven days from the issuance of the last of such decisions from the Federal Circuit, the parties shall file a joint notice advising the Court of the decisions.

Dated: February 19, 2021

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

FARNAN LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Plaintiff/Counterclaim-Defendants*

By: /s/ Brian E. Farnan
    Brian E. Farnan (# 4089)
    Michael J. Farnan (# 5165)
    919 N. Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 777-0300
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

*Attorney for Defendant/Counterclaim-plaintiff*

**IT IS SO ORDERED** this 22rd day of February, 2021.

_____
The Honorable Colm F. Connolly

7054393

3